## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In Re:  
**STEPHEN ABERCROMBIE GILBERT**  
**HEATHER MARIE GILBERT**  
    Debtors.  
_____/

Case No. 8:23-bk-00029-RCT  
Chapter 13

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a copy of the Chapter 13 Plan has been furnished by U.S. Mail or electronic filing notice to **Kelly Remick**, Trustee; **Stephen & Heather Gilbert,** Debtors; **mailing matrix,** this 30th day of January, 2023.

    \_\_\_\_/s/ Kelley Petry_____  
    Kelley M. Petry, Esq. Fl Bar No 0388180  
    Law Offices of Robert M. Geller, P.A.  
    807 W. Azeele St.  
    Tampa, FL 33606  
    (813) 254-5696  
    email: kpetry@robertgellerlaw.com