Label Matrix for local noticing
113A-8
Case 8:23-bk-00029-RCT
Middle District of Florida
Tampa
Mon Jan 30 17:35:04 EST 2023

Roberta A. Colton
Tampa
, FL

Heather Marie Gilbert
36750 US Highway 19 N
Palm Harbor, FL 34684-1239

Stephen Abercrombie Gilbert
36750 US Highway 19 N
Palm Harbor, FL 34684-1239

STONE BANK
Carver Darden
151 West Main Street, Suite 200
Pensacola, FL 32502-5881

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Community Hospital Of New Port Richey
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668

Goldman Sachs Bank USA
Attn: Bankruptcy
Po Box 70379
Philadelphia, PA 19176-0379

Goldman Sachs Bank USA
Lockbox 6112
Philadelphia, PA 19170-0001

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

JTH Tax, LLC dba Liberty Tax
c/o Gordon Rees
James Messenger
21 Custom House St, 5th FL
Boston, MA 02110-3519

Jeffrey M. Goldstein, Esq
Goldstein Law Firm, PLLC
1629 K Street N.W.,
Suite 300
Washington, DC 20006-1631

Selene Finance
P.O. Box 8619
Philadelphia, PA 19101-8619

Small Business Admin
409 3rd St
Washington, DC 20416-0005

Small Business Admin
51 SW 1st Ave #201
Miami, FL 33130-1608

Small Business Administratio
51 SW 1st Ave #201
Miami, FL 33130-1608

Stone Bank
Three Financial Centre
900 S Shackleford Rd
Little Rock, AR 72211-3817

Summit Account Resolutions
Attn: Bankruptcy
Po Box 131
Champlin, MN 55316-0131

Summit Account Resolutions
Po Box 131
Champlin, MN 55316-0131

United States Trustee - TPA7/13 7+
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Kelly Remick +
Chapter 13 Standing Trustee
Post Office Box 89948
Tampa, FL 33689-0416

Kelley M Petry +
Law Offices of Robert M. Geller P.A.
807 West Azeele Street
Tampa, FL 33606-2209

William Hahn +
Carver Darden
151 West Main Street, Suite 200
Pensacola, FL 32502-5881

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

(d)Chase Card Services
Po Box 15369
Wilmington, DE 19850

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)MGBG Inc dba Fast Tax Group

End of Label Matrix
Mailable recipients      25
Bypassed recipients       1
Total                    26