# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In Re:  
**STEPHEN ABERCROMBIE GILBERT**  
**HEATHER MARIE GILBERT**  
       Debtors.  
_____/

Case No. 8:23-bk-00029-RCT  
Chapter 13

## OBJECTION TO CLAIM #7 OF U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF PRPM 2023-NQM1

## NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

**If you object to the relief requested in this paper you must file a response with the Clerk of Court at _801 N Florida Ave, Ste 555, Tampa, FL 33602_, and if the moving party is not represented by an attorney, mail a copy to the moving party at _Law Offices of Robert M. Geller, P.A., Attn: Kelley M. Petry, Esq., 807 W. Azeele St, Tampa, FL 33606_ within _30_ days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.**

**If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.**

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

      Debtors, by and through the undersigned attorney, file this Objection to Claim #7 of U.S. Bank Trust Company, National Association, not in its individual capacity but solely as Trustee of PRPM 2023-NQM1 ("U.S. Bank") and state the following:

      1.    This case was instituted by the filing of a Voluntary Petition under Chapter 13 of the Bankruptcy Code on February 8, 2023.

      2.    U.S. Bank is the holder of the mortgage on Debtors' homestead real property located at 36750 US Hwy 19 N, Palm Harbor, FL 36484.

      3.    On April 5, 2023, PennyMac filed secured Proof of Claim #7 reflecting a pre-petition arrearage of $6,869.83 ("Claim").

      4.      Debtors object to the Claim on the basis that there is no arrearage on the contractually due monthly payments.

      5.      The attachment to the proof of claim reflects $2,169.42 as escrow deficiency for funds advanced, and $4,700.41 as projected escrow shortage.

      6.      The escrow deficiency and projected escrow shortage are not a true arrearage, as it will be included in the escrow portion of the regular monthly payments going forward.

      7.      Based on the foregoing, it would be appropriate for this Court to enter an order sustaining this Objection and disallowing the arrearage portion of the Claim.

**WHEREFORE**, Debtors respectfully requests that this Court enter an order sustaining this Objection, disallowing the arrearage portion of the Claim, and granting such other and further relief as this Court deems necessary and proper.

### **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by U.S. Mail or electronic filing notice to **Kelly Remick,** Trustee; **Stephen & Heather Gilbert,** Debtors; **U.S. Bank,** c/o Christopher Giacinto, Esq., person filing claim, 6267 Old Water Oak, Rd, Ste 203, Tallahassee, FL 32312; **Fay Servicing, LLC,** P.O. Box 814609, Dallas, TX 75391; by certified mail **Fay Servicing, LLC,** attn: CEO, 1601 Lyndon B Johnson Fwy, Farmers Branch, TX 75234; **U.S. Bank,** c/o registered agent, CT Corporation System, 1200 South Pine Island RD, Plantation, FL 33324; by certified mail to **U.S. Bank,** 800 Nicollet Mall, Minneapolis, MN 55402; this 6th day of April, 2023.

                                        /s/ Kelley M. Petry
                                  Kelley M. Petry, Esq. Fl Bar No 0388180
                                  Kelley M. Petry, Esq.
                                  Law Offices of Robert M. Geller, P.A.
                                  807 W. Azeele St.
                                  Tampa, FL 33606
                                  (813) 254-5696
                                  email: kpetry@robertgellerlaw.com