ORDERED.

Dated: **May 19, 2023**

_____
Roberta A. Colton
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In Re:  
**STEPHEN ABERCROMBIE GILBERT**  
**HEATHER MARIE GILBERT**  
    Debtors.  
_____/

Case No. 8:23-bk-00029-RCT  
Chapter 13

### AGREED ORDER ON DEBTORS' OBJECTION TO CLAIM #7
### U.S. BANK COMPANY, NATIONAL TRUST, NOT IN ITS INDIVIDUAL CAPACITY
### BUT SOLELY AS TRUSTEE OF PRPM 2023-NQM1 (DOCKET #43)

**THIS CASE** came on for consideration on the U.S. Bank Company, National Trust, not in its individual capacity but solely as Trustee of PRPM 2023-NQM1 (Docket #43) ("Objection") ("U.S. Bank") and response by U.S. Bank (Docket #45) on May 17, 2023 at 10:00 a.m. By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly it is:

**ORDERED:**

1. The Objection is hereby sustained in part and disallowed in part as per the terms of this Order.

2. Claim #7 is allowed as filed.

3. The pre-petition arrearage shall not be treated for purposes of distribution through the Chapter 13 Plan.

4. The pre-petition arrearage and all post-petition contractually due monthly payments shall be paid outside of the Chapter 13 Plan.

Kelley M. Petry, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

| | |
|---|---|
| ____/s/ Kelley M. Petry, Esq. _____ | __/s/ Reka Beane, Esq._____ |
| Kelley M. Petry, Esq. Fl Bar No 0388180 | Reka Beane, Esq. Fl Bar No 52919 |
| Law Offices of Robert M. Geller, P.A. | Counsel for Creditor |
| 807 W. Azeele St. | 110 S.E. 6th St, Ste 2400 |
| Tampa, FL 33606 | Ft. Lauderdale, FL 33301 |
| (813) 254-5696 | (954)332-9370 |
| email: kpetry@robertgellerlaw.com | (312)803-9663 fax |
| | email: Reka.Beane@mccalla.com |