**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re:                                                          Case No. 8:23-bk-00029-RCT
**Stephen Abercrombie Gilbert and**             Chapter 13
**Heather Marie Gilbert,**

        **Debtors.**
_____/

**OBJECTION TO CLAIM NO. 7 OF U.S. BANK**
**TRUST COMPANY NATIONAL ASSOCIATION**

> **NOTICE OF OPPORTUNITY TO**
> **OBJECT AND REQUEST FOR HEARING**
>
> **If you object to the relief requested in this paper you must file a response with the Clerk of Court at _801 N. Florida Avenue, Ste 555, Tampa, Florida 33602_, and if the moving party is not represented by an attorney, mail a copy to the moving party at _Law Offices of Robert M. Geller, P.A., Attn: Robert M. Geller, Esq., 807 W. Azeele St, Tampa, FL_ 33606 within 30 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.**
>
> **If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.**
>
> **You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

       Debtors, by and through the undersigned attorney, files this Objection to Claim No. 7 of U.S. Bank Trust Company, National Association, not in its individual capacity but solely as Trustee of PRPM 2023-NQM1 (the "Secured Creditor") and states the following:

       1.     This case was instituted by the filing of a Voluntary Petition under Chapter 13 of the Bankruptcy Code on January 4, 2023.

       2.     On April 5, 2023, the Secured Creditor filed Proof of Claim No. 7 (the "Claim") in the secured amount of $245,611.99.

       3.     As of the date of the petition, the Claim states an arrearage in the amount of $6,869.83 due to escrow.

4. That the Debtors have been paying for homeowner's insurance since the inception of the subject loan and mortgage. The Debtors have not defaulted on insurance and no escrows should have been collected.

5. Based on the foregoing, it would be appropriate for this Court to enter an order sustaining this Objection and disallowing the Claim as filed.

WHEREFORE, Debtors respectfully request that this Court enter an order sustaining this Objection and determine there is no arrearage in payments.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished either by first class U.S. Mail or electronic filing notice to **Kelly Remick,** Chapter 13 Trustee, P.O. Box 89948, Tampa, FL 33689; to **Stephen & Heather Gilbert,** the Debtors, 36750 US Highway 19 N, Palm Harbor, FL 34684; to **Christopher Giacinto**, Attorney for Secured Creditor, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312; and by certified mail to **Andrew Cecere**, CEO, U.S. Bank, 800 Nicollet Mall, Minneapolis, MN 55402; on this 19th day of March 2024.

/s/ *Robert M. Geller*
Robert M. Geller, Esquire
Fla. Bar No.: 588105
Law Offices of Robert M. Geller, P.A.
807 West Azeele Street
Tampa, Florida 33606
(813) 807-3449
rgeller@robertgellerlaw.com
Attorney for Debtors